# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 7:16-CR-18-1FL

**GREGORY SCOTT RATLIFF**

On January 22, 2016, the above named was released from prison and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake  
David W. Leake  
Supervising U.S. Probation Officer  
414 Chestnut Street, Suite 102  
Wilmington, NC 28401-4290  
Phone: 910-679-2045  
Executed On: September 10, 2019

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __11th__ day of __September__, 2019.

Louise W. Flanagan  
U.S. District Judge